UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 17 - 10070 |
| v. ) | |
| ) | VIOLATION: |
| HARRIS TAUBMAN, ) | |
| Defendant ) | 18 U.S.C. § 2250 |
| ) | Failure to Register as Sex Offender |
| ) | |

## INDICTMENT

**COUNT ONE:  18 U.S.C. § 2250 – Failure to Register as Sex Offender**

The Grand Jury charges that:

Between on or about January 2, 2017 and March 23, 2017, within the District of Massachusetts, and elsewhere,

HARRIS TAUBMAN,

defendant herein, an individual required to register under the Sex Offender Registration and Notification Act by reason of a conviction under Federal law, knowingly failed to register and update his registration as required by the Sex Offender Registration and Notification Act.

All in violation of Title 18, United States Code, Section 2250.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

Anne Paruti
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed on March 23, 2017.

@ 2:45 PM

DEPUTY CLERK