AO 442 (Rev. 11/11) Arrest Warrant

FILED
IN CLERKS OFFICE
'17 MAR 27 PM 2 05
U.S. DISTRICT COURT
DISTRICT OF MASS.



2575317

**SEALED**

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.

Harris Taubman

*Defendant*

Case No. 17cr10070 MLW

RECEIVED
2017 MAR 23 PM 3 22
U.S. MARSHALS SERVICE
BOSTON, MA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Harris Taubman,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250

Date: March 23, 2017

*Issuing officer's signature*

David H Hennessy
*Printed name and title*
US Magistrate Judge

City and state: Boston, Massachusetts

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON
3/24/2017

*Arresting officer's signature*
M B A DUSM

*Printed name and title*