UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No: 17-cr-10070-MLW |
| | ) | |
| HARRIS TAUBMAN, | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT REGARDING SENTENCING HEARING

Pursuant to this Court's procedural order [Doc. 44, ¶ 13], the parties hereby jointly file the following status report prepared in connection with the sentencing hearing scheduled for March 28, 2018.

As instructed by the Court, the parties have conferred.  While the defendant intends to file objections to certain portions of the PSR, he does not expect that those objections will affect his Guidelines sentencing range as calculated by Probation.  As such, the parties agree that an evidentiary hearing will <u>not</u> be necessary to resolve any of those objections.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

/s/ R. Bradford Bailey
/s/ Adamo Lanza                              By:     /s/ Anne Paruti
Attorneys for Harris Taubman                Assistant U.S. Attorney

Dated: March 7, 2018

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

/s/ Anne Paruti
Dated: March 7, 2018                        Assistant U.S. Attorney